IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OMNIWIND ENERGY SYSTEMS, INC.,  :          CIVIL ACTION
LOREN A. SCHULTZ, and                      :
ANDREW CLAUSS                              :
                                                          :
    v.                                                :
                                                          :
RODERICK O. REDO                        :
     and                                            :
REDO INDUSTRIES, INC.                   :          NO. 14-5976

ORDER

      AND NOW, this 24th day of February, 2015, upon consideration of plaintiffs'

complaint, defendants Roderick O. Redo and Redo Industries' default, and plaintiffs' motion for

entry of default judgment (docket entry #6), and for the reasons set forth in our Memorandum

issued this day, it is hereby ORDERED that:

     1.     Plaintiffs' motion for default judgment (docket entry #6) is DENIED;

     2.     Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE; and

     3.     The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

 /s/ Stewart Dalzell, J.
Stewart Dalzell, J.